IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REGINALD BEDFORD, <br> TDCJ #1143770, | § <br> § <br> § | |
| Plaintiff, | § <br> § | |
| v. | § | CIVIL ACTION NO. H-06-1478 |
| | § | |
| P.A. NAGEL, *et al.*, | § <br> § | |
| Defendants. | § <br> § | |

## ORDER FOR A *MARTINEZ* REPORT

Plaintiff Reginald Bedford is a state inmate incarcerated in the Texas Department of Criminal Justice - Correctional Institutions Division (collectively, "TDCJ"). He has filed a complaint under 42 U.S.C. § 1983, alleging violations of his civil rights. Bedford alleges that he received inadequate medical care at the Ellis Unit for a problem with his knee. At the Court's request, Bedford has provided a more definite statement of his claims.

To supplement the pleadings further, and so that the Court can evaluate the claims concerning the alleged denial of adequate medical treatment, the Court **ORDERS** the State Attorney General's Office to provide a report for its review within **sixty (60) days** under *Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1987). *See Cay v. Estelle*, 789 F.2d 318, 323 & n.4 (5th Cir. 1986) (discussing the utility of a *Martinez* report).

**The Clerk will provide a copy of this order to the parties. The Clerk shall further provide a copy of this order, along with a copy of the plaintiff's complaint (Doc. # 1), a copy of the Court's *Order for More Definite Statement* (Doc. # 5), and a copy of the**

**plaintiff's response thereto (Doc. # 6), to Jacqueline Lee Haney, Assistant Attorney General for the State of Texas, Law Enforcement Defense Division, P.O. Box 12548, Austin, Texas 78711-2548, <u>by certified mail, return receipt requested</u>.**

SIGNED at Houston, Texas on **August 23, 2006.**

*[signature]*

Nancy F. Atlas
United States District Judge